**THE TUROCI FIRM**
Todd Turoci (State Bar No. 160059)
Julie Philippi (State Bar No. 166108)
3845 Tenth Street
Riverside, CA 92501
Telephone: (888) 332-8362
Facsimile: (866) 762-0618
Email: mail@theturocifirm.com

Attorney for Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

RICH HONEY, INC.

            Debtor and Debtor in
            Possession.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Chapter 11

Case No. 2:18-bk-19570RK

**MOTION TO APPROVE USE OF CASH COLLATERAL AND ADEQUATE PROTECTION; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF NICHOLAS BOWES IN SUPPORT THEREOF**

**Hearing:**
  **DATE:**   TBD
  **TIME:**   TBD
  **CTRM:**   1675
              U.S. Bankruptcy Court
              255 E. Temple Street
              Los Angeles, CA 90012

**TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SECURED CREDITORS; AND ALL OTHER PARTIES IN INTEREST:**

- 1 -

**PLEASE TAKE NOTICE THAT** on **TBD** at **TBD**, or as soon thereafter as the matter may be heard, before the Honorable Robert Kwan, United States Bankruptcy Judge, in Courtroom 1675 of the United States Bankruptcy Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, CA 90012, Rich Honey, Inc., the debtor and debtor in possession herein (the "Debtor"), will move this Court for an order authorizing the use of cash collateral. The Motion is brought pursuant to 11 U.S.C. sections 361 and 363 and in accordance with Federal Rules of Bankruptcy Procedure 4001 and 9014 and Local Bankruptcy Rules 4001-2 and 9013-1.

This Motion will be based on this Notice, the attached Memorandum of Points and Authorities, the attached Declaration of Nicholas Bowes, all exhibits attached hereto, and the arguments, evidence, and representations that may be presented at or prior to the hearing on this Motion.

**PLEASE TAKE FURTHER NOTICE that Debtor has requested that this matter be heard on shortened time under Local Bankruptcy Rule 9075-1. You will receive a separate notice with the specific hearing information and deadlines for responses.**

Dated: August 20, 2018                                    THE TUROCI FIRM


                                                        Todd Turoci
                                                        Julie Philippi
                                                        Attorney for Debtor in Possession
                                                        Rich Honey, Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. JURISDICTION AND VENUE

This court has jurisdiction over this matter pursuant to 28 U.S.C. sections 157 and 1334. This matter relates to the administration of Debtor's bankruptcy estate and is accordingly a core proceeding pursuant to 28 U.S.C. section 157(b)(2)(A) and (M). Venue is proper in this court pursuant to 28 U.S.C. sections 1408 and 1409.

### II. STATEMENT OF FACTS

**A.    General Background**

On August 17, 2018 (the "Petition Date"), Debtor commenced the above-captioned bankruptcy case by filing a voluntary petition under chapter 11 of the United States Bankruptcy Code in the Central District of California. Declaration of Nicholas Bowes, attached. Debtor is continuing to operate and manage its business as a debtor-in-possession pursuant to 11 U.S.C. sections 1107 and 1108.[1] *Id.*

Debtor began in 2010 and operates a marketing apparel business manufactures high-end t-shirts for other brands and for private companies. *Id.* Debtor is not a retailer and does not have stores or showrooms. *Id.* Debtor does business as Rich Honey Apparel. *Id.*

As of the petition date, Debtor had six[2] secured creditors who are owed an aggregate total of approximately $775,000. *Id.* A list of the creditors and approximate amounts owed to each is attached hereto as Exhibit 1. All of these debts are secured by essentially all of Debtor's assets[3] as reflected in filed UCC Financing Statements and Notices of Tax Liens filed with the California Secretary of State, copies of which are attached hereto as Exhibits 2 through 17 in order of seniority. Debtor's assets are valued at approximately $522,837. Attached hereto as Exhibit 21 is Debtor's most recent balance sheet.

**B.    Necessity of the Filing of This Chapter 11 Case**

Debtor's stock is owned by Nicholas and Luddivina Bowes, husband and wife. *Id.* Bowes Declaration. Nicholas is the CEO and President; Luddivina is the Secretary. *Id.* They are both

---

[1] All statutory references are to Title 11 of the United States Code unless otherwise noted.
[2] One of the six creditors may be unsecured, as will be more fully described below.
[3] The debt to New Era Funding is secured only by accounts receivable.

employed by Debtor. *Id.*

Debtor currently has 23 employees and operates one factory. *Id.* Debtor averages approximately $100,000 - 200,000 in monthly gross revenue. *Id.*

Debtor started doing really well in 2012 through 2015. *Id.* It had a showroom and retail store, which is closed now, and three factories – a sewing facility, cutting facility, and a storage location. *Id.* Debtor borrowed money for expansion. *Id.* Ultimately, the business became overleveraged, and its management realized it had to reduce overhead expenses. *Id.*

In addition to being overleveraged, in 2016 Debtor's main sales representatives quit to open their own business providing the same service as Debtor and using Debtor's processes. *Id.* Debtor lost several customers to them. *Id.* Debtor started using a factoring company to help stabilize cash flow. *Id.* In the meantime, Debtor also reduced overhead as much as possible. *Id.*

In early 2017, Debtor received a very large order from one of its customers and began incurring the costs to fill that order. *Id.* In July 2017, the customer cancelled the order. *Id.* In November, the customer decided they still wanted the order, and in December 2017 and January 2018, Debtor had to rush to complete the order. *Id.* Debtor incurred short-term, high interest loans to cover expenses. *Id.* These loans required daily payments, and for five months, Debtor was paying $4,000 per day in loan payments. *Id.*

Debtor's management has worked hard to decrease expenses. *Id.* It subleased locations that were no longer being used, and Debtor operates solely from one location. *Id.* Debtor has decreased staff and cut numerous other expenses. *Id.*

In the last five months, Camel Financing, one of Debtor's creditors, sent letters to many of Debtor's customers demanding that all amounts owed to Debtor be paid to directly to Camel, and then threatening to sue the customers if any money was sent to Debtor. *Id.* That caused Debtor to lose most of its customers. *Id.* With little to no cash flow, Debtor was forced to file for bankruptcy protection under Chapter 11. *Id.*

C.    **Secured Debts in Order of Priority**

1.    The senior secured creditor is Valley Economic Development Center ("VEDC"). Bowes Declaration. The debt is secured by three UCC Financing Statements filed on May 18,

2015, June 20, 2016, and June 28, 2016, attached hereto as Exhibits 2, 4, and 5. The collateral for the debt is essentially all assets of Debtor.[4] Exs. 2, 4, & 5. The balance of the debt on the petition date was approximately $342,671. Bowes Declaration.

2.    The second potential secured creditor is Camel Financial, Inc. ("Camel"). Bowes Declaration. The original creditor for this debt was Primary Funding Corporation. The debt was originally secured by a UCC Financing Statement filed on August 26, 2015, attached hereto as Exhibit 3. The collateral was all of Debtor's assets.[5]  Id.  The debt and security interest were assigned to Camel on April 3, 2017, see Ex. 3, but then Primary Funding filed a Termination of the security interest on July 21, 2017. Ex. 3. The effect of the Termination on Camel's security interest is unclear. The balance of the debt on the petition date was approximately $130,947. Bowes Declaration.

3.    The third secured creditor is Pacoima Development Federal Credit Union ("PDFCU"). Bowes Declaration. The debt is secured by a UCC Financing Statement filed on July 15, 2016. Ex. 6. The collateral for the debt is all of Debtor's assets.[6]  Id.  The balance of the debt on the petition date was $186,684. Bowes Declaration.

4.    The fourth secured creditor is the State of California Employment Development Department ("EDD"). Bowes Declaration. The debt is secured by nine Notices of State Tax Liens filed on various dates beginning on January 6, 2017 and ending on May 15, 2018, attached hereto as Exhibits 7-14 and 17. The debtor is secured by all property of the Debtor. The total amount owing to the EDD is approximately $91,113. Bowes Declaration.

5.    The fifth secured creditor is New Era Lending, LLC. Bowes Declaration. The debt is secured by a UCC Financing Statement filed on May 1, 2018, attached hereto as Exhibit 15. The collateral for the debt is future receivables.[7]  Id.  The balance of the loan on the petition date was approximately $21,648. Bowes Declaration.

---

[4] A complete description of the collateral can be found in section 4 of the Financing Statement. Ex. 2, 4 & 5.
[5] A complete description of the collateral can be found in section 4 of the Financing Statement. Ex. 3.
[6] A complete description of the collateral can be found in section 4 of the Financing Statement. Ex. 6.
[7] A complete description of the collateral can be found in section 4 of the Financing Statement. Ex. 15.

6. The sixth secured creditor is represented by Corporation Service Company, but Debtor has been unable to determine the original creditor. Bowes Declaration. The debt is secured by a UCC Financing Statement filed on May 2, 2018, attached hereto as Exhibit 16. The collateral for the debt is all property of the Debtor.[8] *Id.* Because Debtor has not been able to identify the original creditor, Debtor does not know the amount owed. Bowes Declaration.

### III.  AUTHORITY TO USE CASH COLLATERAL

Section 363(c)(1) allows a debtor the flexibility to engage in ordinary course of business transactions necessary to operate its business without unnecessary oversight by its creditors or the court. *In re Straightline Investments, Inc.*, 525 F.3d 870, 879 (9th Cir. 2008).  There are limitations however, when a debtor seeks to use "cash collateral." Section 363(a) defines cash collateral as "cash, negotiable instruments, documents of title, securities, deposit accounts, or other cash equivalents whenever acquired in which the estate and an entity other than the estate have an interest . . .." Cash collateral can only be used if either "(A) each entity that has an interest in such cash collateral consents; or (B) the court, after notice and a hearing, authorizes such use, sale or lease in accordance with the provisions of this section." 11 U.S.C. § 363(c)(2).

Debtor needs to use the cash collateral in order to operate its business.  Bowes Declaration. Since all of Debtor's receivables and accounts are security for the above discussed loans, Debtor has no income that is not cash collateral.  If Debtor cannot use the cash collateral, then it will either have to seek post-petition financing or close the business.  Any post-petition financing would result in less money for Debtor's creditors because of the additional costs and subordination of liens.  Using cash collateral would enable Debtor to continue its business without having to incur more debt.  Closing the business would destroy Debtor's chance of reorganization and result in little to no payment to creditors because all of Debtor's assets are encumbered by these debts.  Bowes Declaration.

Debtor's use of cash collateral will be limited to the purposes and total amounts set forth in the budget attached as Exhibit 18.  The budget contains the projected expenses that Debtor believes must be paid in order for Debtor to operate its business and avoid immediate and irreparable harm to the bankruptcy estate.  Bowes Declaration.  However, because projections are forward looking,

---

[8] A complete description of the collateral can be found in section 4 of the Financing Statement.  Ex. 16.

they can never be entirely accurate.  In order to protect Debtor from fluctuations, Debtor requests that it be permitted to have the flexibility to increase expenditures by up to 20% for any particular line item in the budget and 15% in the aggregate.  Some expenses may not be required to be paid each month, and Debtor requests authority to "carry over" the unused amount to subsequent months when the particular expense is paid.  With this flexibility, Debtor can operate its business with minimal disruption and cost.

In addition to the expenses in the business budget, Debtor requests authority to use the cash collateral to pay the quarterly fees to the United States Trustee, any required fees to the Bankruptcy Court, and administrative expenses including professionals' fees but only as approved by this Court upon proper application.

Therefore, Debtor hereby requests the authority to use cash collateral from the Petition Date through December 31, 2018.

## IV.  ADEQUATE PROTECTION

Pursuant to section 363(e), on request of an entity that has an interest in property to be used, sold, or leased by the debtor in possession, the court may condition such use, sale or lease of property as is necessary to provided adequate protection of such interest. Section 361 sets forth three non-exclusive examples of what may constitute adequate protection: (1) periodic cash payments equivalent to decrease in value, (2) an additional or replacement lien on other property, or (3) other relief that provides the indubitable equivalent. *In re Mellor*, 734 F.2d 1396, 1400 (9th Cir. 1984).

If this motion is granted, Debtor is willing to offer adequate protection in the form of replacement liens in the same priority and validity as the secured creditors held pre-petition.

Attached hereto as Exhibit 19 is the Statement Regarding Cash Collateral or Debtor in Possession Financing as required by Local Bankruptcy Rule 4001-2.  Attached hereto as Exhibit 20 is a proposed order.

## V.  REQUEST FOR RELIEF

For the reasons described hereinabove, the Debtor respectfully requests that this Court enter its Order:

1.    Granting this Motion;

2.      Authorizing the Debtor to use the cash collateral from the Petition Date through December 31, 2018;

3.      That Debtor be permitted to increase expenditures by up to 20% for any particular line item in the budget and 15% in the aggregate;

4.      That Debtor be permitted "carry over" any unused amounts to subsequent months;

5.      That Debtor be permitted to use the cash collateral to pay the quarterly fees to the United States Trustee, any required fees to the Bankruptcy Court, and administrative expenses including professionals' fees but only as approved by this Court upon proper application;

6.      That the secured creditors identified above are given replacement liens in the same priority and validity as they held pre-petition; and

7.      Granting such other and further relief as may be appropriate under the circumstances.

Respectfully submitted,

Dated: August 20, 2018

                                                 **THE TUROCI FIRM**


                                                 Todd Turoci
                                                 Attorney for Debtor in Possession
                                                 Rich Honey, Inc.

### DECLARATION OF TODD TUROCI

I, Todd L. Turoci, declare and state as follows:

I am an attorney at law, duly licensed by the State Bar of California and admitted to appear in all courts in the State of California. I know the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief and as to those facts I believe them to be true. I could and would competently testify under oath to the truthfulness of the following:

1.    I am the attorney of record for Rich Honey, Inc., the debtor and debtor in possession in this bankruptcy case.

2.    Attached hereto as Exhibit 2 is a true and correct copy of the UCC Filing Statement filed on May 18, 2015 as Filing Number 15-7465078780 that I obtained from the California Secretary of State website.

3.    Attached hereto as Exhibit 3 are true and correct copies of the UCC Filing Statement filed on August 26, 2015 as Filing Number 14-7482112657; the UCC Financing Statement Assignment filed on April 3, 2017 as Filing Number 17-75784525; and the UCC Financing Statement Termination filed on July 21, 2017 as Filing Number 17-75973832 that I obtained from the California Secretary of State website.

4.    Attached hereto as Exhibit 4 is a true and correct copy of the UCC Filing Statement filed on June 20, 2016 as Filing Number 16-7531921358 that I obtained from the California Secretary of State website.

5.    Attached hereto as Exhibit 5 is a true and correct copy of the UCC Filing Statement filed on June 28, 2016 as Filing Number 16-7533080932 that I obtained from the California Secretary of State website.

6.    Attached hereto as Exhibit 6 is a true and correct copy of the UCC Filing Statement filed on July 15, 2016 as Filing Number 16-7536879941 that I obtained from the California Secretary of State website.

7.    Attached hereto as Exhibit 7 is a true and correct copy of the Notice of State Tax Lien filed on January 6, 2017 as Number 17-7565605355 that I obtained from the California Secretary of State website.

8.      Attached hereto as Exhibit 8 is a true and correct copy of the Notice of State Tax Lien filed on January 11, 2017 as Number 17-7566356117 that I obtained from the California Secretary of State website.

9.      Attached hereto as Exhibit 9 is a true and correct copy of the Notice of State Tax Lien filed on May 19, 2017 as Number 17-7586500958 that I obtained from the California Secretary of State website.

10.     Attached hereto as Exhibit 10 is a true and correct copy of the Notice of State Tax Lien filed on July 18, 2017 as File Number 177596832856 that I obtained from the California Secretary of State website.

11.     Attached hereto as Exhibit 11 is a true and correct copy of the Notice of State Tax Lien filed on July 24, 2017 as File Number 177597601386 that I obtained from the California Secretary of State website.

12.     Attached hereto as Exhibit 12 is a true and correct copy of the Notice of State Tax Lien filed on October 4, 2017 as File Number 177609259894 that I obtained from the California Secretary of State website.

13.     Attached hereto as Exhibit 13 is a true and correct copy of the Notice of State Tax Lien filed on January 3, 2018 as File Number 187625621735 that I obtained from the California Secretary of State website.

14.     Attached hereto as Exhibit 14 is a true and correct copy of the Notice of State Tax Lien filed on March 6, 2018 as File Number 187636478212 that I obtained from the California Secretary of State website.

15.     Attached hereto as Exhibit 15 is a true and correct copy of the UCC Filing Statement filed on May 1, 2018 as Filing Number 18-7646575564 that I obtained from the California Secretary of State website.

16.     Attached hereto as Exhibit 16 is a true and correct copy of the UCC Filing Statement filed on May 2, 2018 as Filing Number 18-7646862422 that I obtained from the California Secretary of State website.

17.     Attached hereto as Exhibit 17 is a true and correct copy of the Notice of State Tax Lien filed on May 15, 2018 as File Number 187648979089 that I obtained from the California Secretary of State website.

18.     Attached hereto as Exhibit 21 is the most recent balance sheet that I received from Debtor.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 20th day of August, 2018 at Riverside, California.

Todd Turoci

## DECLARATION OF NICHOLAS BOWES

I, Nicholas Bowes, declare and state:

I am the President and CEO of Rich Honey, Inc. I have personal knowledge of the facts alleged herein and if called upon as a witness, I could and would competently testify thereto.

1.     On August 17, 2018, Debtor commenced the above-captioned bankruptcy case by filing a voluntary petition under chapter 11 of the United States Bankruptcy Code in the Central District of California. Debtor is continuing to operate and manage its business as a debtor-in-possession.

2.     My wife, Luddivina Bowes, and I are the sole shareholders, officers, and directors of Debtor. I am the President and CEO. Luddivina is the Secretary.

3.     Debtor is a manufacturing apparel business that does business as Rich Honey Apparel. It manufactures high-end t-shirts for other brands and for private companies. Debtor is not a retailer and we do not have stores or showrooms.

4.     Debtor has been a corporation since 2010. We currently have 23 employees, including ourselves. Debtor averages approximately $100,000 - 200,000 in monthly gross revenue. We operate out of one factory.

5.     Debtor started doing really well in 2012 through 2015. We opened a showroom and retail store, which is closed now and had 3 factories - sewing facility, cutting facility, and a storage location. Debtor borrowed money from VEDC and others for this expansion. Ultimately, the business became overleveraged and we realized we had to reduce overhead expenses.

6.     In addition to being overleveraged, in 2016 our main sales representatives quit to open their own business doing the same service we offer from learning our processes and we lost several customers to them and reputation. We began using a finance company called Camel Financial to help stabilize cash flow. In the meantime, we were reducing overhead as much as possible.

7.     In early 2017, we received a very large order from one of our customers and we began incurring the costs to fill that order, but in July the customer cancelled the order. In November, the customer decided they still wanted us to fill the order, and in December 2017 and January 2018, we had to rush to complete the order. Due to the over advance with Camel Financial,

Debtor did not receive any cash flow so Debtor had to incur short-term, high interest loans to cover expenses. These loans required daily payments, and at one point, Debtor was paying $4,000 per day in loan payments for 5 months. On top of these payments and monthly loan payments and limited cash flow due to Finance company withholding it. It became impossible to cover overhead and expenses.

8.      We have worked hard to decrease our expenses. We subleased two of our three locations and Debtor operates solely from one location. We even sub-leased part of that space as well. We have decreased staff and cut numerous other expenses.

9.      In the 5 months or so, Camel Financial, sent letters to many of our customers demanding that all amounts owed to Camel be paid directly to Camel and threatened to sue the customers if any money was sent to Debtor. That has caused us to lose most of our customers. With little to no cash flow, Debtor was forced to file for bankruptcy protection under Chapter 11.

10.     I believe that Debtor will be able to reorganize if given sufficient time.

11.     As of the petition date, Debtor had six secured creditors who are owed an aggregate total of approximately $775,000 that are secured by essentially all of Debtor's assets.

12.     The amount owed to Valley Economic Development Center is approximately $342,671.

13.     The amount owed to Camel Financing, Inc. is approximately $130,946.41.

14.     The amount owed to Pacoima Development Federal Credit Union is approximately $186,684.

15.     The amount owed to the EDD is approximately $91,113.

16.     The amount owed to New Era Lending, LLC is approximately $21,648.

17.     I do not know who Corporation Services Company represents so I do not know who the secured creditor is or how much is owed to that creditor.

18.     Attached hereto as Exhibit 18 is a projected budget that I prepared based on Debtor's recent income and expenses.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _____ day of August, 2018 at Los Angeles, California.

Nicholas Bowes

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**LIENS**

| Date | Creditor | Lien No. | Security | Total Owed | Secured Claim* | Unsecured Claim | Exhibit |
|---|---|---|---|---|---|---|---|
| 5/18/2015 | Valley Economic Development Center | UCC 15-7465078780 | All Assets | $ 342,671.00 | $ 342,671.00 | $ - | 2 |
| 8/26/2015 | Camel Financial (assigned 4/3/17) | UCC 15-7482112657 | All Assets | $ 130,947.00 | $ 130,947.00 | $ - | 3 |
| 6/20/2016 | Valley Economic Development Center | UCC 16-7531921358 | All Assets | inc. above | | | 4 |
| 6/28/2016 | Valley Economic Development Center | UCC 16-7533080932 | All Assets | inc. above | | | 5 |
| 7/15/2016 | Pacoima Development Federal Credit Union | UCC 16-7536879941 | All Assets | $ 186,684.00 | $ 49,219.00 | $ 137,465.00 | 6 |
| 1/6/2017 | EDD | TL 17-7565605355 | All Assets | $ 9,064.55 | $ - | $ 9,064.55 | 7 |
| 1/11/2017 | EDD | TL 17-7566356117 | All Assets | $ 21,050.15 | $ - | $ 21,050.15 | 8 |
| 5/19/2017 | EDD | TL 17-7586500958 | All Assets | $ 1,467.50 | $ - | $ 1,467.50 | 9 |
| 7/18/2017 | EDD | TL 17-7596832856 | All Assets | $ 9,222.40 | $ - | $ 9,222.40 | 10 |
| 7/24/2017 | EDD | TL 17-7597601386 | All Assets | $ 9,940.98 | $ - | $ 9,940.98 | 11 |
| 10/4/2017 | EDD | TL 17-7609259894 | All Assets | $ 13,822.55 | $ - | $ 13,822.55 | 12 |
| 1/3/2018 | EDD | TL 18-7625621735 | All Assets | $ 12,317.10 | $ - | $ 12,317.10 | 13 |
| 3/6/2018 | EDD | TL 18-7636478212 | All Assets | $ 8,228.35 | $ - | $ 8,228.35 | 14 |
| 5/1/2018 | New Era Lending, LLC | UCC 18-7646575564 | Accounts Receivable | $ 21,648.00 | $ - | $ 21,648.00 | 15 |
| 5/2/2018 | Corporation Service Company | UCC 18-7646862422 | All Assets | unknown | $ - | unknown | 16 |
| 5/15/2018 | EDD | TL 18-7648979089 | All Assets | $ 5,935.51 | $ - | $ 5,935.51 | 17 |
| | | | Totals | $ 772,999.09 | $ 522,837.00 | $ 250,162.09 | |

*Value of all assets is $522,837.

**EXHIBIT __1__**

__1__ of __1__

# EXHIBIT 2

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
ANGELA VIOLA STANISLAWSKI
818-907-9977

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
VALLEY ECONOMIC DEVELOPMENT CENTER
5121 VAN NUYS BLVD. 3RD FLOOR
Van Nuys, CA 91403
USA

**DOCUMENT NUMBER:** 48899390002
**FILING NUMBER:** 15-7465078780
**FILING DATE:** 05/18/2015 08:57

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| RICH HONEY, INC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 919 EAST SLAUSON AVENUE | LOS ANGELES | CA | 90011 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| VALLEY ECONOMIC DEVELOPMENT CENTER, INC. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5121 VAN NUYS BLVD. 3RD FLOOR | VAN NUYS | CA | 91403 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
EXHIBIT "A"

TO SECURE THE PAYMENT OF ALL INDEBTEDNESS, AND THE PERFORMANCE AND ALL OBLIGATIONS, DEBTOR
HEREBY GRANTS SECURED PARTY A SECURITY
INTEREST IN THE FOLLOWING (THE "COLLATERAL"):
ALL EQUIPMENT, MACHINERY, FURNITURE, GOODS, AND OTHER PERSONAL PROPERTY OWNED BY DEBTOR OR IN
WHICH DEBTOR HAS ANY RIGHTS WHEREVER
LOCATED;

A. ALL ADDITIONS, ATTACHMENTS, ACCESSIONS, REPLACEMENTS OR SUBSTITUTIONS TO THE EQUIPENT,
MACHINERY, FURNITURE, GOODS AND FIXTURES;

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
5421-02-01; 5421-02-01

FILING OFFICE COPY

EXHIBIT 2
1 of 3

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual
Debtor name did not fit, check here ⬜

| | |
|---|---|
| OR | **9a. ORGANIZATION'S NAME**<br>RICH HONEY, INC |
| | **9b. INDIVIDUAL'S SURNAME** |
| | **FIRST PERSONAL NAME** |
| | **ADDITIONAL NAME(S)/INITIAL(S)**       SUFFIX |

DOCUMENT NUMBER: 48899390002

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | | |
|---|---|---|---|---|---|
| OR | 10a. ORGANIZATION'S NAME | | | | |
| | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

11. ⬜ ADDITIONAL SECURED PARTY'S NAME or ⬜ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | | |
|---|---|---|---|---|
| OR | 11a. ORGANIZATION'S NAME | | | |
| | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):
B. ALL EQUIPMENT, MACHINERY, FURNITURE, GOODS AND FIXTURES HEREAFTER ACQUIRED BY DEBTOR
WHEREVER LOCATED;
C. ALL PRESENT AND AFTER-ACQUIRED INVENTORY, OF WHATEVER DESCRIPTION, RAW MATERIALS, GOODS-IN-
PROCESS, COMPONENT PARTS, OR
MATERIALS USED OR CONSUMED IN DEBTOR'S BUSINESS WHEREVER LOCATED;
D. ALL ACCOUNTS, ACCOUNTS RECEIVABLE, CHATTEL PAPER, INSTRUMENTS, MONEY CHOOSES IN ACTION, AND
DEPOSIT ACCOUNTS PRESENTLY EXISTING
AND HEREAFTER ARISING;
E. GENERAL INTANGIBLES, INCLUDING, BUT NOT LIMITED TO, CONTRACT RIGHTS AND FUTURE ADVANCES
THEREUNDER, PERMITS, LICENSES, INCLUDING
LIQUOR LICENSES, FRANCHISES, PATENTS, TRADEMARKS, COPYRIGHTS, REFUNDS, PRESENTLY EXISTING AND
HEREAFTER ACQUIRED; AND
F. ALL PROCEEDS OF SUBPARTS (A), (B), (C), (D), (E) AND (F), ABOVE.
G. COLLATERAL INCLUDES ALL ACCOUNTS, GENERAL TANGIBLES, INSTRUCMENTS, RENTS, MONIES, PAYMENTS
AND ALL OTHER RIGHTS, ARISING OUT OF A
SALE, LEASE, CONSIGNMENT OR OTHER DISPOSTION OF THE COLLATERAL.

| | |
|---|---|
| 13. ⬜ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ⬜ covers timber to be cut  ⬜ covers as-extracted collateral  ⬜ is filed a fixture filing. |
| 15. Name and address of RECORD OWNER of real estate described in Item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |
| 17. MISCELLANEOUS: | |

EXHIBIT _2_

_2_ of _3_

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual
Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

RICH HONEY, INC

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

DOCUMENT NUMBER: 48899390002

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit,
modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

10b. INDIVIDUAL'S SURNAME

OR

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):
H. COLLATERAL ALSO INCLUDES ALL PROCEEDS (INCLUDING INSURANCE PROCEEDS) FROM SALE, DESTRUCTION,
LOSS OR OTHER DISPOSITION OF ANY OF
THE COLLATERAL, AND SUMS DUE FROM A THIRD PARTY WHO HAS DAMAGED OR DESTROYED THE COLLATERAL
OR DESTROYED THE COLLATERAL OR FROM THAT
PARTY'S INSURER, WHETER DUE TO JUDGEMENT, SETTLEMENT OR OTHER PROCESS

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE
RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing.

15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor
does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY



EXHIBIT 2
3 of 3

# EXHIBIT 3

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
PATRICIA J BURNS
858-530-1500

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
PRIMARY FUNDING CORPORATION
P O BOX 26909
SAN DIEGO, CA 92196
USA

**DOCUMENT NUMBER:** 50704700003
**FILING NUMBER:** 15-7482112657
**FILING DATE:** 08/26/2015 15:48

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| OR | **1a. ORGANIZATION'S NAME**  RICH HONEY, INC. | | | |
| | **1b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

| **1c. MAILING ADDRESS**  919 EAST SLAUSON AVENUE | **CITY**  LOS ANGELES | **STATE**  CA | **POSTAL CODE**  90011 | **COUNTRY**  USA |
|---|---|---|---|---|

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| OR | **2a. ORGANIZATION'S NAME** | | | |
| | **2b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only <u>one</u> Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| OR | **3a. ORGANIZATION'S NAME**  PRIMARY FUNDING CORPORATION | | | |
| | **3b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

| **3c. MAILING ADDRESS**  PO BOX 270830 | **CITY**  SAN DIEGO | **STATE**  CA | **POSTAL CODE**  92198 | **COUNTRY**  USA |
|---|---|---|---|---|

**4. COLLATERAL:** This financing statement covers the following collateral:
ALL PRESENTLY EXISTING AND HEREINAFTER ACQUIRED PERSONAL PROPERTY ASSETS OF THE BUSINESS INCLUDING BUT NOT NECESSARILY LIMITED TO
ACCOUNT, INVENTORY, CONTRACT RIGHTS AND FACTORS RESERVE AND ALL PROCEEDS THEREOF.

**5.** Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
FTID # 27-3387031

**FILING OFFICE COPY**



EXHIBIT 3
1 of 3

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
HELENA SOPWITH
949-722-7717

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
HELENA SOPWITH
P O BOX 9726
NEWPORT BEACH, CA 92658-9726
USA

DOCUMENT NUMBER: 60558250002
FILING NUMBER: 17-75784525
FILING DATE: 04/03/2017 16:07

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
15-7482112657

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:       AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record.    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME    CAMEL FINANCIAL, INC | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS    4667 MACARTHUR BLVD. SUITE 200 | CITY    NEWPORT BEACH | STATE    CA | POSTAL CODE    92660 | COUNTRY    USA |
|---|---|---|---|---|

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☑ ASSIGN collateral
Indicate collateral:
ALL ASSETS

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | a. ORGANIZATION'S NAME    PRIMARY FUNDING CORPORATION | | | |
|---|---|---|---|---|
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY

EXHIBIT 3
2 of 3

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| |
|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| PATRICIA J BURNS |
| 858-530-1500 |
| B. E-MAIL CONTACT AT FILER (optional) |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| PRIMARY FUNDING CORPORATION |
| P O BOX 270830 |
| None |
| SAN DIEGO, CA 92198 |
| USA |

**DOCUMENT NUMBER: 62860300003**
**FILING NUMBER: 17-75973832**
**FILING DATE: 07/21/2017 15:28**

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
15-7482112657

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in Item 13

2. ☑ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:    AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record.    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change – provide only one name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change – provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | PRIMARY FUNDING CORPORATION | | | |
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY

EXHIBIT 3
3 of 3

# EXHIBIT 4

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
ANGELA VIOLA STANISLAWSKI
818-907-9977

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
VALLEY ECONOMIC DEVELOPMENT CENTER
5121 VAN NUYS BLVD. 3RD FLOOR
Van Nuys, CA 91403
USA

DOCUMENT NUMBER: 55837830002
FILING NUMBER: 16-7531921358
FILING DATE: 06/20/2016 17:22

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| RICH HONEY, INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 919 E. SLAUSON AVENUE | LOS ANGELES | CA | 90011 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| VALLEY ECONOMIC DEVELOPMENT CENTER, INC. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5121 VAN NUYS BLVD 3RD FLOOR | VAN NUYS | CA | 91403 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
TO SECURE THE PAYMENT OF ALL INDEBTEDNESS, AND THE PERFORMANCE AND ALL OBLIGATIONS, DEBTOR HEREBY GRANTS SECURED PARTY A SECURITY
INTEREST IN THE FOLLOWING (THE "COLLATERAL"):
ALL EQUIPMENT, MACHINERY, FURNITURE, GOODS, AND OTHER PERSONAL PROPERTY OWNED BY DEBTOR OR IN WHICH DEBTOR HAS ANY RIGHTS WHEREVER
LOCATED;
A. ALL ADDITIONS, ATTACHMENTS, ACCESSIONS, REPLACEMENTS OR SUBSTITUTIONS TO THE EQUIPENT, MACHINERY, FURNITURE, GOODS AND FIXTURES;

B. ALL EQUIPMENT, MACHINERY, FURNITURE, GOODS AND FIXTURES HEREAFTER ACQUIRED BY DEBTOR WHEREVER LOCATED;
C. ALL PRESENT AND AFTER-ACQUIRED INVENTORY, OF WHATEVER DESCRIPTION, RAW MATERIALS, GOODS-IN-PROCESS, COMPONENT PARTS, OR
MATERIALS USED OR CONSUMED IN DEBTOR'S BUSINESS WHEREVER LOCATED;

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
5421

FILING OFFICE COPY

EXHIBIT 4
1 of 2

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
RICH HONEY, INC.

9b. INDIVIDUAL'S SURNAME

OR

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INTITAL(S)                     SUFFIX

DOCUMENT NUMBER: 55837830002

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

10b. INDIVIDUAL'S SURNAME

OR

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                     SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):
D. ALL ACCOUNTS, ACCOUNTS RECEIVABLE, CHATTEL PAPER, INSTRUMENTS, MONEY CHOOSES IN ACTION, AND DEPOSIT ACCOUNTS PRESENTLY EXISTING
AND HEREAFTER ARISING;
E. GENERAL INTANGIBLES, INCLUDING, BUT NOT LIMITED TO, CONTRACT RIGHTS AND FUTURE ADVANCES THEREUNDER, PERMITS, LICENSES, INCLUDING
LIQUOR LICENSES, FRANCHISES, PATENTS, TRADEMARKS, COPYRIGHTS, REFUNDS, PRESENTLY EXISTING AND HEREAFTER ACQUIRED; AND
F. ALL PROCEEDS OF SUBPARTS (A), (B), (C), (D), (E) AND (F), ABOVE.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing.

15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY

EXHIBIT 4
2 of 2

# EXHIBIT 5

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| ANGELA VIOLA STANISLAWSKI |
| 818-907-9977 |

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

VALLEY ECONOMIC DEVELOPMENT CENTER
5121 VAN NUYS BLVD. 3RD FLOOR
Van Nuys, CA 91403
USA

DOCUMENT NUMBER: 55960000002
FILING NUMBER: 16-7533080932
FILING DATE: 06/28/2016 09:21

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| RICH HONEY, INC. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 919 E. SLAUSON AVENUE | LOS ANGELES | CA | 90011 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| VALLEY ECONOMIC DEVELOPMENT CENTER, INC. | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5121 VAN NUYS BLVD 3RD FLOOR | VAN NUYS | CA | 91403 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
TO SECURE THE PAYMENT OF ALL INDEBTEDNESS, AND THE PERFORMANCE AND ALL OBLIGATIONS, DEBTOR
HEREBY GRANTS SECURED PARTY A SECURITY
INTEREST IN THE FOLLOWING (THE "COLLATERAL"):
ALL EQUIPMENT, MACHINERY, FURNITURE, GOODS, AND OTHER PERSONAL PROPERTY OWNED BY DEBTOR OR IN
WHICH DEBTOR HAS ANY RIGHTS WHEREVER
LOCATED;
A. ALL ADDITIONS, ATTACHMENTS, ACCESSIONS, REPLACEMENTS OR SUBSTITUTIONS TO THE EQUIPENT,
MACHINERY, FURNITURE, GOODS AND FIXTURES;

B. ALL EQUIPMENT, MACHINERY, FURNITURE, GOODS AND FIXTURES HEREAFTER ACQUIRED BY DEBTOR
WHEREVER LOCATED;
C. ALL PRESENT AND AFTER-ACQUIRED INVENTORY, OF WHATEVER DESCRIPTION, RAW MATERIALS, GOODS-IN-
PROCESS, COMPONENT PARTS, OR
MATERIALS USED OR CONSUMED IN DEBTOR'S BUSINESS WHEREVER LOCATED;

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
5421-06-01

FILING OFFICE COPY

EXHIBIT 5
1 of 2

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ | |
|---|---|
| **9a. ORGANIZATION'S NAME**<br>RICH HONEY, INC. | |
| **9b. INDIVIDUAL'S SURNAME** | |
| **FIRST PERSONAL NAME** | |
| **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

**DOCUMENT NUMBER: 55960000002**

**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 10b. INDIVIDUAL'S SURNAME | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME <u>or</u> ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):
D. ALL ACCOUNTS, ACCOUNTS RECEIVABLE, CHATTEL PAPER, INSTRUMENTS, MONEY CHOOSES IN ACTION, AND DEPOSIT ACCOUNTS PRESENTLY EXISTING
AND HEREAFTER ARISING;
E. GENERAL INTANGIBLES, INCLUDING, BUT NOT LIMITED TO, CONTRACT RIGHTS AND FUTURE ADVANCES THEREUNDER, PERMITS, LICENSES, INCLUDING
LIQUOR LICENSES, FRANCHISES, PATENTS, TRADEMARKS, COPYRIGHTS, REFUNDS, PRESENTLY EXISTING AND HEREAFTER ACQUIRED; AND
F. ALL PROCEEDS OF SUBPARTS (A), (B), (C), (D), (E) AND (F), ABOVE.

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT:<br>☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing. |
|---|---|
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

FILING OFFICE COPY

EXHIBIT 5
2 of 2

# EXHIBIT 6

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Gisella Melendez
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 56349630002
FILING NUMBER: 16-7536879941
FILING DATE: 07/15/2016 15:58

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Rich Honey, Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 919 E. Slauson | Los Angeles | CA | 90011 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Pacoima Development Federal Credit Union | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 13168 Van Nuys Ave | Van Nuys | CA | 91331 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
Blanket Lien

1. Lease Schedule Equipment.
[The following Equipment] [The Equipment set forth on the attached Schedule A] and all additions, accessions, modifications, Improvements, replacements, substitutions and accessories thereto and therefor, whether now owned or hereafter acquired, and the proceeds, products and income of any of the foregoing, including insurance proceeds.
2. Blanket Equipment Lien.
All machinery, equipment, furniture, furnishings, tools, tooling, fixtures, and accessories, and all additions, accessions, modifications, Improvements, replacements and substitutions thereto and therefor, whether now owned or hereafter acquired,

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
CA-0-54855054-51858420

FILING OFFICE COPY

**EXHIBIT 6**
**1 of 3**

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐ | |
|---|---|
| OR | 9a. ORGANIZATION'S NAME<br>Rich Honey, Inc. |
| | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX |

DOCUMENT NUMBER: 56349630002

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | STATE   POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):
and the proceeds, products and income of any of the foregoing, including insurance proceeds.
3. Blanket Asset Lien.
All machinery, equipment, furniture, furnishings, tools, tooling, fixtures, and accessories, and all inventory, accounts receivable, instruments, contract rights and other rights to receive the payment of money, patents, chattel paper, licenses, leases and general intangibles, including all trade names and trade styles and all additions, accessions, modifications, improvements, replacements and substitutions thereto and therefor, whether now owned or hereafter acquired or arising, and the proceeds, products and income of any of the foregoing, including insurance proceeds.
4. Blanket Accounts Receivable Lien.
All accounts receivable, instruments, contract rights and other rights to receive the payment of money, patents, chattel paper, licenses, leases and general intangibles, whether now owned or hereafter acquired or arising, and all of Debtor's books and

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT:<br>☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing. |
|---|---|
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

FILING OFFICE COPY

EXHIBIT 6
2 of 3

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐

OR

9a. ORGANIZATION'S NAME
Rich Honey, Inc.

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**DOCUMENT NUMBER: 56349630002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

OR

10a. ORGANIZATION'S NAME

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

OR

11a. ORGANIZATION'S NAME

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**12. ADDITIONAL SPACE FOR ITEM 4 (collateral):**
records relating to any of the foregoing.
5. Chattel Paper (Specific).
All leases and chattel paper between Debtor, as lessor or secured party, and Debtor's lessees or debtors with respect to the above referenced Equipment, including, without limitation, that certain [identify sublease by title and date] and all schedules, riders, exhibits, addenda and supplements thereto, and all renewals and extensions thereof, and all Rent and other rights of payment thereunder and all proceeds and products thereof and therefrom, including insurance proceeds.
[Note that the Lessor must also receive the chattel paper original of the sublease and related documents and the Lessee should file a UCC-1 showing the sublessee as debtor, which UCC-1 should be assigned to Lessor either by notation on the original UCC-1 or by separate UCC-3 Assignment.

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT: ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed a fixture filing

**15.** Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

FILING OFFICE COPY


EXHIBIT 6
3 of 3

# EXHIBIT 7

RECORDING REQUESTED BY:
**STATE OF CALIFORNIA**
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

WHEN RECORDED MAIL TO:
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**LIEN GROUP, MIC 92G**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**

**17-7565605355**

**01/06/2017 17:00**



**FILED**

CALIFORNIA
SECRETARY OF STATE

SOS



59155600013   UCC 1 FILING

## NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

RICH HONEY, INC
919 E SLAUSON AVE
LOS ANGELES CA 90011-5239

Secretary of State

Letter ID. L0395023904

Certificate No. G001696095

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 10/01/2015 to 12/31/2015 | $6,118.14 | $2,713.44 | $232.97 | $9,064.55 |

Interest calculated through 12/30/2016

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: **12/30/2016**

At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

*Teresa Gage*

By _____
**Authorized Representative**
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

**EXHIBIT '7**
_1_ of _1_

308809728_P162_E6

# EXHIBIT 8

RECORDING REQUESTED BY:
**STATE OF CALIFORNIA**
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

**17-7566356117**

**01/11/2017 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

WHEN RECORDED MAIL TO:
**STATE OF CALIFORNIA**
EMPLOYMENT DEVELOPMENT DEPARTMENT
LIEN GROUP, MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

59218550020  UCC I FILING

# NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

RICH HONEY, INC

919 E SLAUSON AVE
LOS ANGELES CA 90011-5239

Letter ID. L0773910048

Secretary of State

Certificate No. G001468881

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 07/01/2015 to 03/31/2016 | $13,666.57 | $6,866.26 | $517.32 | $21,050.15 |

Interest calculated through 01/04/2017

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: **01/04/2017**

At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

*Teresa Gage*

By _____
**Authorized Representative**
This agency has adopted the use of a facsimile signature as affixed above.

**EXHIBIT** 8
1 of 1

1955717120_P203_E2

# EXHIBIT 9

RECORDING REQUESTED BY:
**STATE OF CALIFORNIA**
*EMPLOYMENT DEVELOPMENT DEPARTMENT*
888-745-3886

WHEN RECORDED MAIL TO:
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**LIEN GROUP, MIC 92G**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**



**17-7586500958**
**05/19/2017 17:00**



**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

61473690015   UCC 1 FILING

## NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

RICH HONEY, INC

919 E SLAUSON AVE
LOS ANGELES CA 90011-5239

Secretary of State

Letter ID. L2135555616

Certificate No. G001792041

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 04/01/2016 to 06/30/2016 | $0.00 | $1,438.00 | $29.50 | $1,467.50 |

Interest calculated through 05/16/2017

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: **05/16/2017**

At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

*Teresa Gage*

By
Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

**EXHIBIT** 9
1 of 1

S20425472_P387_E2

# EXHIBIT 10

RECORDING REQUESTED BY
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
LIEN GROUP, MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

DOCUMENT NUMBER: 62768190002
FILE NUMBER: 177596832856
FILE DATE: 07/18/2017 18:19
IMAGE GENERATED ELECTRONICALLY FOR XML FILING

## NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

RICH HONEY, INC
919 E SLAUSON AVE
LOS ANGELES CA 90011-5239

Secretary of State

Letter ID. L1758038560                    Certificate No. G001831129

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 07/01/2016 to 09/30/2016 | $5,736.27 | $3,258.90 | $227.23 | $9,222.40 |

Interest calculated through 07/18/2017

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 07/18/2017
At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

_Teresa Gage_

By _____
Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

EXHIBIT 10
of 1

# EXHIBIT 11

**RECORDING REQUESTED BY:**
**STATE OF CALIFORNIA**
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

**WHEN RECORDED MAIL TO:**
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**LIEN GROUP, MIC 92G**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**

DOCUMENT NUMBER: 62899090002
FILE NUMBER: 177597601386
FILE DATE: 07/24/2017 18:33
IMAGE GENERATED ELECTRONICALLY FOR XML FILING

# NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

RICH HONEY, INC

919 E SLAUSON AVE
LOS ANGELES CA 90011-5239

Secretary of State

Letter ID. L1375691552

Certificate No. G001703858

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 10/01/2016 to 12/31/2016 | $8,468.61 | $1,288.29 | $184.08 | $9,940.98 |

Interest calculated through 07/21/2017

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 07/21/2017
At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

*Teresa Gage*

By _____
Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

**EXHIBIT 11**
1 of 1

# EXHIBIT 12

RECORDING REQUESTED BY
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
LIEN GROUP, MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

DOCUMENT NUMBER: 64478530002
FILE NUMBER: 177609259894
FILE DATE: 10/04/2017 18:17
IMAGE GENERATED ELECTRONICALLY FOR XML FILING

## NOTICE OF STATE TAX LIEN

(Filed pursuant to Section 7171 of the Government Code)

RICH HONEY, INC

919 E SLAUSON AVE
LOS ANGELES CA 90011-5239

Secretary of State

Letter ID. L1297201952

Certificate No. G001828715

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 01/01/2017 to 03/31/2017 | $11,722.06 | $1,926.31 | $234.18 | $13,882.55 |

Interest calculated through 10/03/2017

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 10/03/2017

At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

*Teresa Gage*

By

Authorized Representative

This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

EXHIBIT 12
1 of 1

# EXHIBIT 13

RECORDING REQUESTED BY
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
LIEN GROUP, MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

DOCUMENT NUMBER: 66771200002
FILE NUMBER: 187625621735
FILE DATE: 01/03/2018 18:31
IMAGE GENERATED ELECTRONICALLY FOR XML FILING

# NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

RICH HONEY, INC
919 E SLAUSON AVE
LOS ANGELES CA 90011-5239

Secretary of State

Letter ID. L0115832992                Certificate No. G001913493

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 04/01/2017 to 06/30/2017 | $10,516.80 | $1,595.52 | $204.78 | $12,317.10 |

Interest calculated through 01/02/2018

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 01/02/2018

At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

*Teresa Gage*

By _____
Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

EXHIBIT 13
1 of 1

# EXHIBIT 14

RECORDING REQUESTED BY:
**STATE OF CALIFORNIA**
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

**WHEN RECORDED MAIL TO:**
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**LIEN GROUP, MIC 92G**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**

DOCUMENT NUMBER: 68329720002
FILE NUMBER: 187636478212
FILE DATE: 03/06/2018 18:28
IMAGE GENERATED ELECTRONICALLY FOR XML FILING

# NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

RICH HONEY, INC

919 E SLAUSON AVE
LOS ANGELES CA 90011-5239

Secretary of State

Letter ID. L1583074464

Certificate No. G002055111

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 07/01/2017 to 09/30/2017 | $7,042.41 | $1,074.36 | $111.58 | $8,228.35 |

Interest calculated through 03/05/2018

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: **03/05/2018**
At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

*Teresa Gage*

By _____
Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

**EXHIBIT** 14
1 of 1

# EXHIBIT 15

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company
800-858-5294

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
Springfield, IL 62703-4261
USA

DOCUMENT NUMBER: 69763010002
FILING NUMBER: 18-7646575564
FILING DATE: 05/01/2018 10:16

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Rich Honey, Inc | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 919 E Slauson Ave | Los Angeles | CA | 90011 | | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Bowes | Nicholas | | Wesley | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 846 S Broadway Apt 605 | Los Angeles | CA | 90014 | | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| NEW ERA LENDING LLC | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 1201 NORTH ORANGE STREET, SUITE 762 | WILMINGTON | DE | 19801 | | USA |

4. COLLATERAL: This financing statement covers the following collateral:
Certain future receivables sold by said business as seller, and purchased by New Era Lending LLC, as buyer, pursuant to that certain purchase and sale of future receivables agreement between seller and purchaser dated 01/03/2018 (the "agreement"). the sale of the future receivables pursuant to the agreement is intended by the parties thereto to be an outright sale of such future receivables and not intended to be, nor is it to be constructed as, a financing or an assignment for securing the obligations of the seller, this UCC financing statement is filed for notice purposes only.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[146008118]

FILING OFFICE COPY

EXHIBIT 15
1 of 2

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual
Debtor name did not fit, check here ☐

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| Rich Honey, Inc | |
| **OR** **9b. INDIVIDUAL'S SURNAME** | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**DOCUMENT NUMBER:** 69763010002

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | |
|---|---|---|---|---|
| **10a. ORGANIZATION'S NAME** | | | | |
| **OR** **10b. INDIVIDUAL'S SURNAME** Bowes | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME Luddivina | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) Magallon | | | | SUFFIX |
| **10c. MAILING ADDRESS** 846 S Broadway Apt 605 | CITY Los Angeles | STATE CA | POSTAL CODE 90014 | COUNTRY USA |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | |
|---|---|---|---|
| **OR** **11a. ORGANIZATION'S NAME** | | | |
| **11b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **11c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing.

15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY

**EXHIBIT** 15
2 of 2

# EXHIBIT 16

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

Corporation Service Company
800-858-5294

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
Springfield, IL 62703-4261
USA

**DOCUMENT NUMBER:** 69797270002
**FILING NUMBER:** 18-7646862422
**FILING DATE:** 05/02/2018 09:28

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Rich Honey, Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 919 E Slauson Ave | Los Angeles | CA | 90011 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Rich Honey Apparel | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 919 E Slauson Ave | Los Angeles | CA | 90011 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 2576 UCCSPREP@CSCINFO.COM | Springfield | IL | 62708 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credits Rights; j. General Intangibles; k. Supporting Obligations; and l. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT
BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF
WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S
RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL
INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[146080134]

FILING OFFICE COPY

EXHIBIT 16
1 of 1

# EXHIBIT 17

RECORDING REQUESTED BY:
**STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT**
888-745-3886

**WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
LIEN GROUP, MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001**

**DOCUMENT NUMBER: 70110690002
FILE NUMBER: 187648979089
FILE DATE: 05/15/2018 18:29
IMAGE GENERATED ELECTRONICALLY FOR XML FILING**

# NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

RICH HONEY, INC

919 E SLAUSON AVE
LOS ANGELES CA 90011-5239                         Secretary of State

Letter ID. L1926550688                         Certificate No. G001958585

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 10/01/2017 to 12/31/2017 | $5,087.98 | $781.20 | $66.33 | $5,935.51 |

Interest calculated through 05/14/2018

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 05/14/2018

At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

_Teresa Gage_

By _____
**Authorized Representative**
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

**EXHIBIT 17**
1 of 1

# EXHIBIT 18

RICH HONEY
Cashflow Projection 2018
JULY - DECEMBER 2018

## CASHFLOW PROJECTION 6 MONTHS 2018

| | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | TOTAL |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| SALES | 100,000.00 | 200,000.00 | 150,000.00 | 150,000.00 | 200,000.00 | 100,000.00 | 900,000.00 |
| Total Income | 100,000.00 | 200,000.00 | 150,000.00 | 150,000.00 | 200,000.00 | 100,000.00 | 900,000.00 |
| **Cost of Goods Sold** | | | | | | | |
| COST OF LABOR | 10,000.00 | 20,000.00 | 15,000.00 | 15,000.00 | 20,000.00 | 10,000.00 | 90,000.00 |
| MATERIALS & SUPPLIES | 16,000.00 | 32,000.00 | 22,000.00 | 22,000.00 | 32,000.00 | 16,000.00 | 140,000.00 |
| MERCHANT SERVICES | 2,200.00 | 4,400.00 | 3,000.00 | 3,000.00 | 4,400.00 | 2,200.00 | 19,200.00 |
| SHIPPING, FREIGHT & DELIVERY | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 3,000.00 |
| Total COGS | 28,700.00 | 56,900.00 | 40,500.00 | 40,500.00 | 56,900.00 | 28,700.00 | 252,200.00 |
| **Gross Profit** | 71,300.00 | 143,100.00 | 109,500.00 | 109,500.00 | 143,100.00 | 71,300.00 | 647,800.00 |
| **Expense** | | | | | | | |
| ADVERTISING & PROMOTION | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 1,200.00 | 5,700.00 |
| BANK SERVICE CHARGES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAR & TRUCK EXPENSES | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 6,000.00 |
| COMMISSION EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT CARD FEES | 0.00 | 0.00 | 538.00 | 538.00 | 538.00 | 538.00 | 2,152.00 |
| INSURANCE EXPENSE | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 9,000.00 |
| INTEREST EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MEALS & ENTERTAINMENT | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,800.00 |
| MISCELLANEOUS EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE EXPENSE | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 4,800.00 |
| OFFICE SUPPLIES | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,800.00 |
| OUTSIDE SERVICES | 5,000.00 | 5,000.00 | 5,000.00 | 6,650.00 | 6,650.00 | 6,650.00 | 34,950.00 |
| PAYROLL EXPENSES | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 144,000.00 |
| PAYROLL TAXES | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 33,000.00 |
| PERMITS & LICENSES | 0.00 | 2,000.00 | 0.00 | 500.00 | 0.00 | 0.00 | 2,500.00 |
| POSTAGE AND DELIVERY | 50.00 | 0.00 | 50.00 | 0.00 | 50.00 | 0.00 | 150.00 |
| PROFESSIONAL FEES (accounting) | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 12,000.00 |
| PROPERTY TAX | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 | 700.00 |
| RENT | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 48,000.00 |
| REPAIRS & MAINTENANCE | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 800.00 | 4,300.00 |
| SECURITY | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 300.00 |

EXHIBIT 18
1 of 2

## CASHFLOW PROJECTION
### 6 MONTHS 2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SOFTWARE EXPENSE | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 900.00 |
| TELEPHONE EXPENSE | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 2,100.00 |
| TRAVEL EXPENSE | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 1,500.00 | 3,500.00 |
| UTILITIES | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 18,000.00 |
| WEBSITE & HOSTING | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 3,600.00 |
| Total Expense | 55,200.00 | 56,150.00 | 55,738.00 | 56,838.00 | 56,388.00 | 58,938.00 | 339,252.00 |
| Net Ordinary Income | 16,100.00 | 86,950.00 | 53,762.00 | 52,662.00 | 86,712.00 | 12,362.00 | 308,548.00 |
| Net Income | 16,100.00 | 86,950.00 | 53,762.00 | 52,662.00 | 86,712.00 | 12,362.00 | 308,548.00 |

EXHIBIT 18
2 of 2

# EXHIBIT 19

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| THE TUROCI FIRM<br>Todd Turoci, SBN 160059<br>Julie Philippi, SBN 166108<br>3845 Tenth St<br>Riverside CA  92501<br>951-784-1678<br>mail@theturocifirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>RICH HONEY, INC. | CASE NO.: 2:18-bk-19570RK<br><br>CHAPTER: 11 |
|---|---|
| | **STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]** |
| Debtor(s). | DATE:<br>TIME:<br>COURTROOM: 1675<br>ADDRESS:     US Bankruptcy Court<br>                        255 E. Temple Street<br>                        Los Angeles, CA 90012 |

Secured party(ies): ALL SECURED CREDITORS

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both.  The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact:

| Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B) | Page No.: | Line No. (if applicable) |
|---|---|---|
| ☐ (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | | |
| ☒ (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim" | 7 | 20 |
| ☐ Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law | | |
| ☐ Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    **EXHIBIT 19**                    **F 4001-2.STMT.FINANCE**
                                        1 of 2

| | | | |
|---|---|---|---|
| *Continued from page 1* | | | |
| | ☐ Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | | |
| ☐ | (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | | |
| ☐ | (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay"<br>☐ Automatic relief from the automatic stay upon occurrence of certain events. | | |
| ☐ | (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | |
| ☐ | (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | |
| ☐ | (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | | |
| ☐ | (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | | |
| ☐ | (ix): "[T]he indemnification of any entity" | | |
| ☐ | (x): "[A] release, waiver, or limitation of any right under § 506(c)"<br>☐ The granting of any lien on any claim or cause of action arising under § 506(c) | | |
| ☐ | (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | | |
| | **Additional Disclosures Required by LBR 4001-2** | **Page No.:** | **Line No.**<br>**(If applicable)** |
| ☐ | With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | |
| ☐ | Pay down prepetition principal owed to a creditor | | |
| ☐ | Findings of fact on matters extraneous to the approval process | | |

_____    Todd Turoci    _____

*Date*    *Printed Name*    *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT 20

**THE TUROCI FIRM**
Todd Turoci (State Bar No. 160059)
Julie Philippi (State Bar No. 166108)
3845 Tenth Street
Riverside, CA 92501
Telephone: (888) 332-8362
Facsimile: (866) 762-0618
Email: mail@theturocifirm.com

Attorney for Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

RICH HONEY, INC.

    Debtor and Debtor in
    Possession.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Chapter 11

Case No. 2:18-bk-19570RK

**PROPOSED    ORDER    AUTHORIZING
INTERIM USE OF CASH COLLATERAL**

**Hearing:**
**DATE:** TBD
**TIME:** TBD
**CTRM:** 1675
    U.S. Bankruptcy Court
    255 E. Temple Street
    Los Angeles, CA 90012

   The above-referenced matter having come on for hearing on the date, at the time and in the courtroom above-referenced, with the parties being present as stated on the record, and the Court having considered the matter, and good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

  1. Debtor's motion is granted.

  2. Debtor is authorized to use cash collateral from August 17, 2018 (the filing date of the petition) through the continued hearing on _____, 2018 at _____m. in Courtroom 1368. Debtor's supplement to the moving papers is due _____. Any opposition to the moving

**EXHIBIT 20**
__1 of 2

papers is due by _____, and any reply to any opposition is due by

_____.

   3.   Debtor's budget attached as Exhibit 18 to the Motion (Docket No. *) is hereby approved.

   4.   Debtor may increase expenditures by up to 20% for any particular line item in the budget and 15% in the aggregate.

   5.   Debtor is permitted "carry over" any unused amounts to subsequent months.

   6.   Debtor is permitted to use the cash collateral to pay the quarterly fees to the United States Trustee, any required fees to the Bankruptcy Court, and administrative expenses including professionals' fees but only as approved by this Court upon proper application.

   7.   All creditors secured by cash collateral are granted replacement liens in the same priority and to the extent of the diminution of assets.

###

EXHIBIT 20<br>2 of 2

# EXHIBIT 21

|                                   | July 2018      |
|-----------------------------------|---------------:|
| **ASSETS**                        |                |
|   Current Assets        |                |
|     Checking/Savings |         |
|       BOFA GENERAL | (9,783.53) |
|       BOFA LEATHER | 0.00 |
|     Total Checking/Savings | (9,783.53) |
|     Accounts Receivable |         |
|       ACCOUNTS RECEIVABLE | 440,103.65 |
|     Total Accounts Receivable | 440,103.65 |
|     Other Current Assets |     |
|       DUE FROM NBC | 314.38 |
|       INVENTORY | 283,346.30 |
|     Total Other Current Assets | 283,660.68 |
|   Total Current Assets  | 713,980.80     |
|   Fixed Assets          |                |
|     FURNITURE AND EQUIPMENT | 158,283.36 |
|     TRUCKS & EQUIPMENT | 92,154.87 |
|   Total Fixed Assets    | 250,438.23     |
|   Other Assets          |                |
|     DUE FROM OFFICERS | 115,498.15 |
|   Total Other Assets    | 115,498.15     |
| **TOTAL ASSETS**                  | 1,079,917.18   |
| **LIABILITIES & EQUITY**          |                |
|   Liabilities           |                |
|     Current Liabilities |       |
|       Accounts Payable |  |
|         CA GROUP | 61,677.34 |
|         CAPITAL TRIM | 516.80 |
|         HANA / IQ TEXTILE | 214,746.70 |
|         INTERFASHION, INC. | 426,562.36 |
|         PARADIGM (NET-7) | 73,426.09 |
|         STANTEX | 10,696.25 |
|         STANTEX (NET-7) | 4,766.75 |
|       Total Accounts Payable | 792,392.29 |
|       Other Current Liabilities |  |
|         DUE TO KNIGHT CAPITAL | 98,684.41 |
|         DUE TO CAMEL | 130,946.41 |
|         DUE TO ACE FUNDING | 38,025.00 |
|         DUE TO YELLOW STONE | 15,916.26 |
|         DUE TO BIZ FUND | 105,473.00 |
|         DUE TO CAMEL - LENDSPARK | 21,558.00 |
|         INTEREST PAYABLE | 14,174.28 |
|         PAYROLL TAX DUE | 37,205.32 |
|       Total Other Current Liabilities | 461,982.68 |
|     Total Current Liabilities | 1,254,374.97 |
|     Long Term Liabilities |   |
|       PACOIMA DEVELOPMENT | 186,684.23 |
|       VEDC | 342,670.17 |
|        | 0.00 |
|     Total Long Term Liabilities | 529,354.40 |
|   Total Liabilities     | 1,783,729.37   |
|   Equity                |                |
|     OWNER DRAWS | (15,164.99)   |
|     Retained Earnings | (754,570.73) |
|     SHAREHOLDERS EQUITY | 54,390.05 |
|     Net Income | 11,533.48     |
|   Total Equity          | (703,812.19)   |
| **TOTAL LIABILITIES & EQUITY**    | 1,079,917.18   |

EXHIBIT 21
1 of 1