THE TUROCI FIRM
Todd Turoci (State Bar No. 160059)
Julie Philippi (State Bar No. 166108)
3845 Tenth Street
Riverside, CA 92501
888-332-8362 Telephone
866-762-0618 Facsimile
mail@theturocifirm.com

Attorney for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

RICH HONEY, INC.,

        Debtor-in-Possession.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Chapter 11
Case No. 2:18-bk-19570RK

**MOTION FOR ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO: (1) PAY PRE-PETITION PAYROLL, AND (2) PAY PRE-PETITION, NON-DEFAULT PAYROLL TAXES; DECLARATION OF NICHOLAS BOWES IN SUPPORT THEREOF**
[LBR 2081-1(a)(6)]

<u>Hearing:</u>
**DATE:** TBD
**TIME:** TBD
**CTRM:** 1675
    US Bankruptcy Court
    255 E. Temple Street
    Los Angeles, CA 90012

**TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; ALL CREDITORS; AND ANY OTHER PARTIES IN INTEREST:**

1

**PLEASE TAKE NOTICE THAT** on **TBD** at **TBD**, or as soon thereafter as the matter may be heard, before the Honorable Robert Kwan, United States Bankruptcy Judge, in Courtroom 1675 of the United States Bankruptcy Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, CA 90012, Rich Honey, Inc. the debtor and debtor in possession herein (the "Debtor"), will move this Court for an order authorizing it to (1) pay pre-petition payroll, and (2) pay pre-petition non-defaulted payroll taxes.

This Motion will be based on this Notice, the attached Motion, the attached Declaration of Nicholas Bowes, all exhibits attached hereto, and the arguments, evidence, and representations that may be presented at or prior to the hearing on this Motion.

**PLEASE TAKE FURTHER NOTICE that Debtor has requested that this matter be heard on emergency basis or on shortened time under Local Bankruptcy Rule 9075-1. You will receive a separate notice with the specific hearing information and deadlines for responses.**

Dated: August 20, 2018                                    **THE TUROCI FIRM**

_____
Todd Turoci
Attorney for Debtor in Possession
Rich Honey, Inc.

# MOTION

Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on August 17, 2018 (the "Petition Date"). *Declaration of Nicholas Bowes, attached hereto.* Debtor operates a clothing manufacture in Los Angeles, California. *Id.* Debtor has 23 employees that are owed pre-petition wages for the pay periods July 28, 2018 – August 10, 2018 (the "August 10 Payroll") and August 11, 2018 - August 24, 2018[1] ( the "August 24 Payroll"). *Id.* Employees are paid every other Friday; the August 10 Payroll was due to be paid to employees on August 17, 2018 and the August 24 Payroll will be paid to employees on August 31, 2018. *Id.* Due to the bankruptcy filing and the inability of Debtor to use cash collateral, Debtor has postponed the August 17 pay date, but needs to pay it as soon as possible. *Id.* Debtor is therefore seeking permission to pay the August 10 pre-petition payroll, along with any associated payroll taxes. Similarly, the August 24 Payroll will include wages incurred pre-petition, so Debtor is seeking authority to pay the amounts earned pre-petition plus any associated payroll taxes on the regularly scheduled August 31 pay date.

In order to effectively reorganize, Debtor must be able to retain and pay its employees. *Id.*

Pursuant to 11 U.S.C. sections 105(a), 363(b) and (c), 507(a)(4), (a)(5) and (a)(8), 541(b)(7), 1122(b) and 1129(a)(9), Debtor requests authority to pay the pre-petition payroll and taxes as set forth on the Employee Lists, attached hereto as Exhibits 1 and 2.[2]

The employees set forth on the Employee Lists are still employed by Debtor. *Id.*

Any employees who are insiders as defined by 11 U.S.C. section 101(31) are clearly identified as insiders on the Employee Lists. *Id.* The insiders will be paid pursuant to the procedure set forth by the U.S. Trustee for the Notice of Setting Insider Compensation.

The employees' claims are within the limits established by 11 U.S.C. section 507(a)(4) or (5).

---

[1] The pre-petition portion of this payroll is August 11 – August 17.
[2] The Lists assume a 40-hour work week for hourly employees, but not all employees work 40 hours per week.

The payments of balances owed for pre-petition payroll are necessary to fairly compensate the employees for the reasonable value of services performed in the ordinary course of employment consistent with historical payment terms and to pay accrued benefits, if any.

Debtor has a reasonable prospect of reorganizing through chapter 11. Bowes Declaration.

Debtor anticipates the August 10 Payroll, including taxes, to be approximately $28,500. *Id.* The pre-petition amount of the August 24 Payroll will be approximately $14,000. *Id.* These payments will not render the estate administratively insolvent because Debtor receives payments on accounts receivable virtually daily. *Id.* Attached hereto as exhibits 3 and 4 are Debtor's most recent balance sheet and Debtor's projected budget, respectively.

Debtor therefore prays for an order authorizing it to:

1. Pay the August 10 Payroll, including the associated taxes, as soon as possible; and

2. Pay the pre-petition portion of the August 24 Payroll, including the associated taxes, on August 31, 2018.

Respectfully submitted,

THE TUROCI FIRM

Date: 8·20·2018

Todd Turoci
Julie Philippi
Attorney for Debtor-in-Possession

## DECLARATION OF NICHOLAS BOWES

I, Nicholas Bowes, declare and state:

I am the CEO and President of Rich Honey, Inc. I have personal knowledge of the facts alleged herein and if called upon as a witness, I could and would competently testify thereto.

1. On August 17, 2018, Debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code in the Central District of California commencing this case. Debtor operates a clothing manufacture in Los Angeles, California. Debtor has 23 employees that are owed pre-petition wages for the pay periods July 28, 2018 – August 10, 2018 and August 11, 2018 – August 24, 2018. Employees are paid every other Friday, with the first post-petition pay date being Friday, August 17, 2018. Because of the filing, Debtor did not pay that pay roll but will pay it as soon as Debtor is authorized to do by this Court. The August 24 Payroll will be paid on August 31, 2018.

2. In order to effectively reorganize, Debtor must be able to retain and pay its employees. My wife and I are two of the 23 employees, however, we are not seeking to be paid as part of this payroll but will seek compensation through the Notice Setting Insider Compensation process.

3. Attached hereto as Exhibit 1 is a true and correct list of all current employees that are owed pre-petition wages for the August 10 Payroll. All of these employees are still employed by Debtor.

4. Attached hereto as Exhibit 2 is a true and correct list of all current employees that are owed pre-petition wages for the August 24 Payroll. All of these employees are still employed by Debtor.

5. The payment of pre-petition payroll is necessary to fairly compensate the employees for the reasonable value of services performed in the ordinary course of employment and consistent with historic payment terms.

5. Debtor has a reasonable prospect of reorganization. Because of the bankruptcy filing, Debtor's customers can now pay it instead of one of our creditors. Regaining control of the receivables will ensure that Debtor can pay overhead and not have to borrow money. Debtor has already significantly reduced its overhead. Debtor intends to address its outstanding debts and

has already significantly reduced its overhead. Debtor intends to address its outstanding debts and will be in a to propose a confirmable plan of reorganization while continuing to serve its customers.

6. The August 10 Payroll, including taxes, is approximately $28,500. The pre-petition amount of the August 24 Payroll will be approximately $14,000. These payments will not render the estate administratively insolvent because Debtor receives payments on accounts receivable virtually daily.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 20th day of August, 2018 at Los Angeles, California.

_____
Nicholas Bowes

# EXHIBIT 1

## EMPLOYEE LIST

## PAY PERIOD 7/28/18 – 8/10/18

| Employee Name | Job Title | Pay Rate | Est. Gross Pre-petition Wages | Amount in excess of 11 USC §507(a)(4) or (5) | Insider Y/N |
|---|---|---|---|---|---|
| Nicholas Bowes | CEO/Sales | $2,800 / bi-weekly [Salary] | $2,800 | $0 | Y |
| Luddivina Bowes | CEO/Sales | $2,800 / bi-weekly [Salary] | $2,800 | $0 | Y |
| Juan Badillo | Sewer | $15.00/ hour | No more than $1,200 | $0 | N |
| Ricardo Negrete | Sewer | $16.00/ hour | No more than $1,280 | $0 | N |
| Belia Funes | Prepper | $14.00/ hour | No more than $1,120 | $0 | N |
| Cynthia Hernandez | Cutter | $13.00/ hour | No more than $1,040 | $0 | N |
| Dinora Baires | Prepper | $12.00/ hour | No more than $960 | $0 | N |
| Lucia Castillos | Sewer | $13.00/ hour | No more than $1,040 | $0 | N |
| Danilo Zermeno | Prepper | $12.00/ hour | No more than $960 | $0 | N |
| Bertha Gonzalez | Prepper | $12.00/ hour | No more than $960 | $0 | N |
| Leticia Espinoza | Cutter | $12.00/ hour | No more than $960 | $0 | N |
| Oscar Hernandez | Sample Maker | $15.00/ hour | No more than $1,200 | $0 | N |
| Juan Vasquez | Sewer | $15.00/ hour | No more than $1,200 | $0 | N |
| Silvia Aguilae | Shipping Manager | $13.00/ hour | No more than $1,040 | $0 | N |
| Janilyn De Guzman | Project Coordinator | $17.00/ hour | No more than $1,360 | $0 | N |
| Cecilio Lebron | Leather Manager | $25.00/ hour | No more than $2,000 | $0 | N |
| Guadalupe Hernandez | General Manager | $2,580 / bi-weekly [Salary] | $2,580 | $0 | N |
| Carlos Moz | Production Manager | $1,680 / bi-weekly [Salary] | $2,580 | $0 | N |

# Exhibit 1

EXHIBIT 1

1 of 2

| Carolina Hernandez | Trimming | $12.00/ hour | No more than $960 | $0 | N |
|---|---|---|---|---|---|
| Leticia Trejo | Single Needle & Trimer | $12.00/ hour | No more than $960 | $0 | N |
| Santos Hernandez | Sample Maker | $16.00/ hour | No more than $1,280 | $0 | N |
| Maria Isidoro | Single Needle | $13.50/ hour | No more than $1,080 | $0 | N |
| Stuart Schoonover | Driver / Maintenance | $15.00/ hour | No more than $1,200 | $0 | N |
| | | Total: | No more than $32,560 | | |

# Exhibit 1

**EXHIBIT 1**

2 of 2

# EXHIBIT 2

# EMPLOYEE LIST

## PAY PERIOD 8/11/18 – 8/24/18

### PRE-PETITION PERIOD 8/11/18 – 8/17/18

| Employee Name | Job Title | Pay Rate | Est. Gross Pre-petition Wages | Amount in excess of 11 USC §507(a)(4) or (5) | Insider Y/N |
|---|---|---|---|---|---|
| Nicholas Bowes | CEO/Sales | $2,800 / bi-weekly [Salary] | $1,400 | $0 | Y |
| Luddivina Bowes | CEO/Sales | $2,800 / bi-weekly [Salary] | $1,400 | $0 | Y |
| Juan Badillo | Sewer | $15.00/ hour | No more than $600 | $0 | N |
| Ricardo Negrete | Sewer | $16.00/ hour | No more than $640 | $0 | N |
| Belia Funes | Prepper | $14.00/ hour | No more than $560 | $0 | N |
| Cynthia Hernandez | Cutter | $13.00/ hour | No more than $520 | $0 | N |
| Dinora Baires | Prepper | $12.00/ hour | No more than $480 | $0 | N |
| Lucia Castillos | Sewer | $13.00/ hour | No more than $520 | $0 | N |
| Danilo Zermeno | Prepper | $12.00/ hour | No more than $480 | $0 | N |
| Bertha Gonzalez | Prepper | $12.00/ hour | No more than $480 | $0 | N |
| Leticia Espinoza | Cutter | $12.00/ hour | No more than $480 | $0 | N |
| Oscar Hernandez | Sample Maker | $15.00/ hour | No more than $600 | $0 | N |
| Juan Vasquez | Sewer | $15.00/ hour | No more than $600 | $0 | N |
| Silvia Aguilae | Shipping Manager | $13.00/ hour | No more than $520 | $0 | N |
| Janilyn De Guzman | Project Coordinator | $17.00/ hour | No more than $680 | $0 | N |
| Cecilio Lebron | Leather Manager | $25.00/ hour | No more than $1,000 | $0 | N |
| Guadalupe Hernandez | General Manager | $2,580 / bi-weekly [Salary] | $1,290 | $0 | N |
| Carlos Moz | Production Manager | $1,680 / | $1,290 | $0 | N |

Exhibit 2

EXHIBIT 2

1 of 2

| | | bi-weekly [Salary] | | | |
|---|---|---|---|---|---|
| Carolina Hernandez | Trimming | $12.00/ hour | No more than $480 | $0 | N |
| Leticia Trejo | Single Needle & Trimer | $12.00/ hour | No more than $480 | $0 | N |
| Santos Hernandez | Sample Maker | $16.00/ hour | No more than $640 | $0 | N |
| Maria Isidoro | Single Needle | $13.50/ hour | No more than $540 | $0 | N |
| Stuart Schoonover | Driver / Maintenance | $15.00/ hour | No more than $600 | $0 | N |
| | | Total: | No more than $16,280 | | |

# Exhibit 2

EXHIBIT 2

2 of 2

# EXHIBIT 3

|  |  | July 2018 |
|---|---|---:|
| **ASSETS** | | |
| Current Assets | | |
| | Checking/Savings | |
| |   BOFA GENERAL | (9,783.53) |
| |   BOFA LEATHER | 0.00 |
| | Total Checking/Savings | (9,783.53) |
| | Accounts Receivable | |
| |   ACCOUNTS RECEIVABLE | 440,103.65 |
| | Total Accounts Receivable | 440,103.65 |
| | Other Current Assets | |
| |   DUE FROM NBC | 314.38 |
| |   INVENTORY | 283,346.30 |
| | Total Other Current Assets | 283,660.68 |
| Total Current Assets | | 713,980.80 |
| Fixed Assets | | |
| | FURNITURE AND EQUIPMENT | 158,283.36 |
| | TRUCKS & EQUIPMENT | 92,154.87 |
| Total Fixed Assets | | 250,438.23 |
| Other Assets | | |
| | DUE FROM OFFICERS | 115,498.15 |
| Total Other Assets | | 115,498.15 |
| **TOTAL ASSETS** | | 1,079,917.18 |
| **LIABILITIES & EQUITY** | | |
| Liabilities | | |
| | Current Liabilities | |
| | Accounts Payable | |
| |   CA GROUP | 61,677.34 |
| |   CAPITAL TRIM | 516.80 |
| |   HANA / IQ TEXTILE | 214,746.70 |
| |   INTERFASHION, INC. | 426,562.36 |
| |   PARADIGM (NET-7) | 73,426.09 |
| |   STANTEX | 10,696.25 |
| |   STANTEX (NET-7) | 4,766.75 |
| | Total Accounts Payable | 792,392.29 |
| | Other Current Liabilities | |
| |   DUE TO KNIGHT CAPITAL | 98,684.41 |
| |   DUE TO CAMEL | 130,946.41 |
| |   DUE TO ACE FUNDING | 38,025.00 |
| |   DUE TO YELLOW STONE | 15,916.26 |
| |   DUE TO BIZ FUND | 105,473.00 |
| |   DUE TO CAMEL - LENDSPARK | 21,558.00 |
| |   INTEREST PAYABLE | 14,174.28 |
| |   PAYROLL TAX DUE | 37,205.32 |
| | Total Other Current Liabilities | 461,982.68 |
| | Total Current Liabilities | 1,254,374.97 |
| | Long Term Liabilities | |
| |   PACOIMA DEVELOPMENT | 186,684.23 |
| |   VEDC | 342,670.17 |
| | | 0.00 |
| | Total Long Term Liabilities | 529,354.40 |
| Total Liabilities | | 1,783,729.37 |
| Equity | | |
| | OWNER DRAWS | (15,164.99) |
| | Retained Earnings | (754,570.73) |
| | SHAREHOLDERS EQUITY | 54,390.05 |
| | Net Income | 11,533.48 |
| Total Equity | | (703,812.19) |
| **TOTAL LIABILITIES & EQUITY** | | 1,079,917.18 |

EXHIBIT 3

1 of 1

# EXHIBIT 4

RICH HONEY
Cashflow Projection 2018
JULY - DECEMBER 2018

## CASHFLOW PROJECTION
## 6 MONTHS 2018

| | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | TOTAL |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| SALES | 100,000.00 | 200,000.00 | 150,000.00 | 150,000.00 | 200,000.00 | 100,000.00 | 900,000.00 |
| Total Income | 100,000.00 | 200,000.00 | 150,000.00 | 150,000.00 | 200,000.00 | 100,000.00 | 900,000.00 |
| **Cost of Goods Sold** | | | | | | | |
| COST OF LABOR | 10,000.00 | 20,000.00 | 15,000.00 | 15,000.00 | 20,000.00 | 10,000.00 | 90,000.00 |
| MATERIALS & SUPPLIES | 16,000.00 | 32,000.00 | 22,000.00 | 22,000.00 | 32,000.00 | 16,000.00 | 140,000.00 |
| MERCHANT SERVICES | 2,200.00 | 4,400.00 | 3,000.00 | 3,000.00 | 4,400.00 | 2,200.00 | 19,200.00 |
| SHIPPING, FREIGHT & DELIVERY | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 3,000.00 |
| Total COGS | 28,700.00 | 56,900.00 | 40,500.00 | 40,500.00 | 56,900.00 | 28,700.00 | 252,200.00 |
| Gross Profit | 71,300.00 | 143,100.00 | 109,500.00 | 109,500.00 | 143,100.00 | 71,300.00 | 647,800.00 |
| **Expense** | | | | | | | |
| ADVERTISING & PROMOTION | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 1,200.00 | 5,700.00 |
| BANK SERVICE CHARGES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAR & TRUCK EXPENSES | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 6,000.00 |
| COMMISSION EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT CARD FEES | 0.00 | 0.00 | 538.00 | 538.00 | 538.00 | 538.00 | 2,152.00 |
| INSURANCE EXPENSE | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 9,000.00 |
| INTEREST EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MEALS & ENTERTAINMENT | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,800.00 |
| MISCELLANEOUS EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE EXPENSE | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 4,800.00 |
| OFFICE SUPPLIES | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,800.00 |
| OUTSIDE SERVICES | 5,000.00 | 5,000.00 | 5,000.00 | 6,650.00 | 6,650.00 | 6,650.00 | 34,950.00 |
| PAYROLL EXPENSES | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 144,000.00 |
| PAYROLL TAXES | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 33,000.00 |
| PERMITS & LICENSES | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 | 500.00 |
| POSTAGE AND DELIVERY | 50.00 | 0.00 | 50.00 | 0.00 | 50.00 | 0.00 | 150.00 |
| PROFESSIONAL FEES (accounting) | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 12,000.00 |
| PROPERTY TAX | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 | 700.00 |
| RENT | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 48,000.00 |
| REPAIRS & MAINTENANCE | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 800.00 | 4,300.00 |
| SECURITY | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 300.00 |

**EXHIBIT 4**
1 of 2

## CASHFLOW PROJECTION
### 6 MONTHS 2018

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| SOFTWARE EXPENSE | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 900.00 |
| TELEPHONE EXPENSE | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 2,100.00 |
| TRAVEL EXPENSE | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 1,500.00 | 3,500.00 |
| UTILITIES | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 18,000.00 |
| WEBSITE & HOSTING | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 3,600.00 |
| Total Expense | 55,200.00 | 56,150.00 | 55,738.00 | 56,838.00 | 56,388.00 | 58,938.00 | 339,252.00 |
| Net Ordinary Income | 16,100.00 | 86,950.00 | 53,762.00 | 52,662.00 | 86,712.00 | 12,362.00 | 308,548.00 |
| Net Income | 16,100.00 | 86,950.00 | 53,762.00 | 52,662.00 | 86,712.00 | 12,362.00 | 308,548.00 |

EXHIBIT 4

2 of 2