**THE TUROCI FIRM**
Todd Turoci (State Bar No. 160059)
Julie Philippi (State Bar No. 166108)
3845 Tenth Street
Riverside, CA 92501
Telephone: (888) 332-8362
Facsimile: (866) 762-0618
Email: mail@theturocifirm.com

Attorney for Debtor and Debtor-in-Possession



**FILED & ENTERED**

**MAR 29 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** tatum    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANEGELES DIVISION

In re:

RICH HONEY, INC.,

    Debtor and Debtor in Possession.

Case No. 2:18-bk-19570-RK

Chapter 11

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS CASE AND DISMISSING CHAPTER 11 BANKRUPTCY CASE**

**Hearing:**
Date:    03/27/2019
Time:    11:00 a.m.
Courtroom:    1675
Place    United States Bankruptcy Court
    255 E. Temple Street
    Los Angeles, California 90012

    The Motion Dismissing Chapter 11 Bankruptcy Case (the "Motion") filed by Rich Honey, Inc., the debtor in possession (the "Debtor"), came on for hearing before Honorable Robert Kwan, United States Bankruptcy Judge, on March 27, 2019, at 11:00 a.m. Appearances were made as reflected on the record.

After consideration of the Motion, the statements of counsel at the hearing, the files and records in this Chapter 11 bankruptcy case, and sufficient cause appearing, for the reasons stated on the record at the hearing,

**IT IS HEREBY ORDERED:**

1. The motion is granted;
2. This case is hereby dismissed;

###

Date: March 29, 2019

_____
Robert Kwan
United States Bankruptcy Judge